# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES LEE LOVING

NO. 2021 KW 0770

**OCTOBER 12, 2021**

---

In Re:   Charles Lee Loving, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 21-FELN-042231.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.** The records of the Livingston Parish Clerk of Court's Office reflect that a hearing is set in this matter on November 29, 2021.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT